# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MELISSA ROBERTS, an individual,<br><br>Plaintiff,<br>v.<br><br>TIM DAHLE IMPORTS, INC., a Utah corporation, dba TIM DAHLE NISSAN,<br><br>Defendant. | ORDER GRANTING MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND TESTIMONY RELATED TO PLAINTIFF'S WORK, EARNINGS AND INCOME FOLLOWING HER TERMINATION WITH DEFENDANT<br><br>Civil No. 2:18-CV-00288-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Based upon the motion filed by Plaint moving in limine to exclude Defendant from offering any testimony or evidence related to Plaintiff's work, earnings or income following her termination, and after considering Defendant's response, the Court grants Plaintiff's motion. the Court hereby enters the following order:

1. Plaintiff's motion to exclude Defendant's proposed exhibits D125, D126, D127, D128, D129, D130 and D131 is hereby granted.

2. Plaintiff's motion to exclude the testimony of Steve Smith is hereby granted.

3. Plaintiff's motion to exclude any other testimony or documents relating to or concerning Plaintiff's work for any other employer, or for her own business, following her termination of employment with Defendant is hereby granted.

The Court finds that such testimony is not relevant to any claim or defense in this action

1

and likely prejudicial to Plaintiff, for the reasons set forth in Plaintiff's motion. Accordingly, Defendant's motion in limine is GRANTED consistent with the foregoing.

DATED this __ day of May 2022.

BY THE COURT:

_____
Jill N. Parrish
U.S. DISTRICT COURT JUDGE